UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-80588-CIV-COHN/SELTZER

MAXIMO GOMEZ,

    Petitioner,

vs.

WILLIAM CHURCHWELL, Warden,
Dade Correctional Institution,

    Respondent.

_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner's Motion for Certificate of Appealability [DE 20], as construed by the Clerk from Petitioner's Notice of Appeal [DE 19]. The Court has carefully considered the matter and is otherwise advised in the premises.

On September 1, 2009, this Court approved United States Magistrate Judge Seltzer's Report and Recommendation [DE 15] denying Mr. Gomez's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus and judgment was entered in this case on September 1, 2009 [DE 18]. Petitioner's Notice of Appeal [DE 19] dated September 23, 2009 was filed with this Court on September 28, 2009. By rule, the Court construes the Notice of Appeal as a motion for certificate of appealability.

As to consideration of the motion for certificate of appealability, the Court concludes that Petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Thus, the Court will deny Petitioner's request for a certificate of appealability. The Court notes that pursuant to Rule 22(b)(1)

of the Federal Rules of Appellate Procedure, the Petitioner may request issuance of a certificate of appealability from the Eleventh Circuit.  Fed. R. App. P. 22(b)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [DE 20] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of September, 2009.

*[signature]*
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record via CM/ECF

Maximo Gomez
M11644
1321 N.W. 13th Street
Miami, FL 33125